# Exhibit A

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING SYSTEMS COMMAND, HAWAII
400 MARSHALL ROAD
JBPHH, HAWAII 96860-3139

Notice No. 1
6/26/2025

RFP NO. N6247825RPC10

RM18-1319 CONVERT TANGO / VICTOR / HA INTERSECTION TO PCC, PHASE 1 AND PHASE 2, AND
RM22-0732 REPAIR TAXILANE HA/HB, PHASE 1 OF 2

IMPORTANT INFORMATION

1.    Separate Notices of Intent were filed for coverage under the State of Hawaii's National Pollution Discharge Elimination System (NPDES) General Permit for Discharges Storm Water Associated with Construction Activities for RM18-1391 Repair 15WG/Hickam Airfield Taxiways (NGPC File No: HIR10H675) and RM22-0732 Repair Taxilane HA/HB, Phase 1 Of 2 (NGPC File No: Pending). Upon award, the contractor must prepare a Storm Water Pollution Prevention Plan (SWPPP) which include updating the applicable information and combining the individual SWPPPs prepared under RM18-RM22-0732 and RM22-0732 into a single SWPPP for government review.  Refer to Specification Sections 01 57 19 in each project for additional details.



**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING SYSTEMS COMMAND, HAWAII
400 MARSHALL ROAD
JBPHH, HAWAII 96860-3139

# REQUEST FOR OFFER
# NO. N6247825RPC10
# RM18-1319 Convert Tango / Victor / HA Intersection to PCC, Phase 1 and Phase 2, and RM22-0732 Repair Taxilane HA/HB, Phase 1 of 2

CONTRACT NOS.
N6247825D4041/4042/4043/4044/4045/4046/4047/4048/4049/4050/4051

$8B UNRESTRICTED DESIGN-BUILD/DESIGN-BID-BUILD INDEFINITE DELIVERY INDEFINITE QUANTITY MULTIPLE AWARD CONSTRUCTION CONTRACT, VARIOUS LOCATIONS, STATE OF HAWAII AND WAKE ISLAND

# REQUEST FOR OFFER FOR TASK ORDER

**DATE ISSUED**:  June 26, 2025

**TO**:

| | |
|---|---|
| Environmental Chemical Corporation | N6247825D4041 |
| Grunley Goodfellow JV | N6247825D4042 |
| Hawaii-Wake MACC Constructors JV | N6247825D4043 |
| Hawaiian Dredging Construction Company, Inc.. | N6247825D4044 |
| Hensel Phelps Construction Co. | N6247825D4045 |
| Kiewit Infrastructure West Co. | N6247825D4046 |
| Korte Company | N6247825D4047 |
| Nan, Inc. | N6247825D4048 |
| Nordic PCL Construction | N6247825D4049 |
| SLSCO, Ltd. | N6247825D4050 |
| The Whiting-Turner Contracting Company | N6247825D4051 |

**FROM**:  Kyla Tomita, NAVFAC Hawaii, Construction Contracts Branch (CON31)

**SUBJECT**:  REQUEST FOR OFFER (RFO) FOR TASK ORDER UNDER $8B UNRESTRICTED DESIGN-BUILD/DESIGN-BID-BUILD INDEFINITE DELIVERY INDEFINITE QUANTITY MULTIPLE AWARD CONSTRUCTION CONTRACT, VARIOUS LOCATIONS, STATE OF HAWAII AND WAKE ISLAND

**PROJECT TITLE**:  RM18-1319 CONVERT TANGO / VICTOR / HA INTERSECTION TO PCC, PHASE 1 AND PHASE 2, AND RM22-0732 REPAIR TAXILANE HA/HB, PHASE 1 OF 2

1.  Please submit a task order offer in accordance with the attached Request for Offer and Price Proposal Schedule. Your offer must be delivered via the Solicitation Module in Procurement Integrated Enterprise Environment (PIEE) to Ms. Kyla Tomita, and received no later than July 10, 2025.

2.  Funds are not presently available for this acquisition. No contract award will be made until appropriated funds are made available to the Contracting Officer for this acquisition.

3.  If you have any questions, please contact me at 808-471-2289 or kyla.m.tomita.civ@us.navy.mil.

INOUYE.JAMIE.MIC
HIKO.1548898834

Digitally signed by
INOUYE.JAMIE.MICHIKO.1548898
834
Date: 2025.06.26 16:27:03 -10'00'

Jamie Inouye
Contracting Officer

OFFER SCHEDULE FOR
RM18-1319 CONVERT TANGO / VICTOR / HA INTERSECTION TO PCC, PHASE 1
AND PHASE 2 AND RM22-0732 REPAIR TAXILANE HA/HB, PHASE 1 OF 2

| Item No. | Description | Quantity | Unit | Amount |
|----------|-------------|----------|------|--------|
| **0001** | **Base CLIN - Phase 1** | | | |
| 0001AA | Taxilane HA/HB - Phase 1 | 1 | LS | |

Price for entire 'Repair Taxilane HA/HB Phase 1' work complete in accordance with the drawings and specifications for RM22-0732 Repair Taxilane HA/HB Phase 1, Joint Base Pearl Harbor Hickam, Oahu, Hawaii

| Item No. | Description | Quantity | Unit | Amount |
|----------|-------------|----------|------|--------|
| **0002** | **Base CLIN - Phase 1** | | | |
| 0002AA | Taxiway T - Phase 1 | 1 | LS | |

Price for entire 'Taxiway T - Phase 1' work complete in accordance with the Drawings and Specifications for RM18-1319 Repair 15WG/Hickam Airfield Taxiways Phase 1

| Item No. | Description | Quantity | Unit | Amount |
|----------|-------------|----------|------|--------|
| **0003** | **CLIN Option 1 - Phase 2** | | | |
| 0003AA | Taxiway V - Phase 2 | 1 | LS | |

Price for entire 'Taxiway V - Phase 2' work complete in accordance with the Drawings and Specifications for RM18-1319 Repair 15WG/Hickam Airfield Taxiways Phase 2

| | |
|---|---|
| **TOTAL AMOUNT FOR ITEM NO. 0001 (BASE CLIN - PHASE 1), ITEM NO. 0002 (BASE CLIN - PHASE 1) and ITEM NO. 0003 (CLIN OPTION 1 - PHASE 2)** | $                    - |

**NOTES TO OFFER SCHEDULE:**

1.  Failure to provide an offer on all items in the Offer Schedule may cause the offeror to be considered non-responsive.

2.  See General Conditions for Basis of Award.

3.  Award will be based on the Total Price.  Total price is considered the sum of Item Nos. 0001, 0002 and 0003.  The Government reserves the unilateral right to award Item No. 0003 (Bid Option 1 - Phase 2)  to the Contractor at the proposed price within 699 days after the contract award.  A firm fixed proposed prices is required for Item Nos. 0001 through 0003.  No provision is made for economic price adjustment.  If Options are exercised, the contract completion date remains will increase by 360 calendar days.

4.  See FAR 52.217-5, Evaluation of Options. Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate the offer for award purposes by adding the total price for Option 1 and 2 to the total price for the basic requirement (total of Item Nos. 0001 and 0002).  Evaluation of options will not obligate the Government to exercise the option(s).

<u>ACKNOWLEDGEMENTS</u>

1.  This offer acknowledges receipt of Amendments to the proposed Task Order:

Amendment No. _____          Dated _____
Amendment No. _____          Dated _____
Amendment No. _____          Dated _____
Amendment No. _____          Dated _____
Amendment No. _____          Dated _____

2.  Name of Contractor: _____

    Phone No. _____

    E-mail Address:_____

Signature  of  Person  Authorized  to  Sign  Offer: _____

Printed  Name  of  Person  Authorized  to  Sign  Offer: _____

Date:  _____

3.  Offer Acceptance Period:  120 calendar days

N6247825D4041/4042/4043/4044/4045/4046/4047/4048/4049/4050/4051

$8B UNRESTRICTED DESIGN-BUILD/DESIGN-BID-BUILD INDEFINITE DELIVERY
INDEFINITE QUANTITY MULTIPLE AWARD CONSTRUCTION CONTRACT, VARIOUS
LOCATIONS, STATE OF HAWAII AND
WAKE ISLAND

RM18-1319 CONVERT TANGO / VICTOR / HA INTERSECTION TO PCC, PHASE 1 AND
PHASE 2, AND RM22-0732 REPAIR TAXILANE HA/HB, PHASE 1 OF 2

GENERAL CONDITIONS

All applicable provisions and clauses set-forth in the contract shall apply to this task order, as revised by
this section.  The following revisions and/or requirements apply only to this specific task order.

1.  TYPE OF TASK ORDER

The Government contemplates the issuance of a firm-fixed price Design-Bid-Build task order as a result
of this request for offer (RFO).

2.  DESCRIPTION OF WORK

The project will replace the asphalt concrete (AC) pavement with Portland cement concrete (PCC)
pavement at Taxiway Victor (V), Tango (T), Taxilane HA, and Taxilane HB on Hickam Airfield at Joint
Base Pearl Harbor Hickam (JBPHH).  Replacement of AC with PCC involves, but is not limited to:
demolition, hazardous material abatement, grading to allow for proper drainage, paving, providing
smooth riding AC pavement transition, new pavement markings and repaving shoulder areas.  Other work
includes removal of taxiway lighting fixtures and abandoned utility boxes, reconstruction of existing
utilities and boxes, and reinstallation of taxiway lighting fixtures.

3.  LOCATION

The work is located at Joint Base Pearl Harbor-Hickam (JBPHH), Hawaii.

4.  SITE VISIT

    a.  A one-time site visit was held to view the project site as follows:

        Date: June 25, 2025
        Time: 9:00 A.M., Hawaiian Standard Time (HST)
        Location: JBPHH Airfield

    a.  Hard hats and hats to protect from the sun are allowed as long as they are able to be secured
whether that's a chin strap or suspension ratchet/pin-lock feature

    b.  See Location Map.

    c.  The site visit is limited to three individuals per Offeror (including Subcontractors).

    d.  Offerors interested in attending the site visit were advised in a pre-solicitation notice dated June
24, 2025 to submit the following information to Ms. Kyla Tomita at kyla.m.tomita.civ@us.navy.mil no
later than June 24, 2025 at 4:00 P.M., HST:

- Your list of attendees and their title/email/phone numbers
- If you have attendees that do not have DBIDS access, please complete the attached SECNAV Form 5512/1 and meet at the Nimitz Visitor Control Center/Pass and ID, 1250 South Drive, JBPHH, HI 96818 (adjacent to Nimitz Gate, Building 3455) on June 25, 2025 at 7:00 A.M., HST.

e.   All requests shall be submitted by the DB/DBB $8B Unrestricted MACC holders and not by subcontractors.

f.   Please be advised that only individuals with accessibility to the base (e.g., current DBIDS passes, sponsored one day pass) will be allowed to access the site visit. Those who submit the required information after the specified time may be denied access to the site.

g.   This site visit is to provide Offerors with an opportunity to familiarize themselves with the jobsite and conditions to be encountered and is not for the purpose of answering questions.

h.   The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigation and Conditions Affecting the Work, will be included in any task order awarded as a result of this solicitation. Accordingly, Offerors are urged and expected to inspect the site where the work will be performed.

i.   Any statements or representations made during the site visit and any telephonic discussions with government personnel will not change the requirements of the specifications.


5.   INQUIRIES/REQUEST FOR INFORMATION (RFI)

Contractors shall email all their inquiries and RFIs for this request for offer to kyla.m.tomita.civ@us.navy.mil no later than **July 2, 2025 at 10:00 A.M., HST**.  Point of contact for this RFO is Ms. Kyla Tomita, Construction Acquisition Division (CON31), (808)471-2289, Naval Facilities Engineering Systems Command Hawaii, 400 Marshall Road, Building A-13, JBPHH, Hawaii 96860-3139.

6.   DFARS 236.204 DISCLOSURE OF THE MAGNITUDE OF CONSTRUCTION PROJECTS.

The estimated price range of this work is between $25,000,000 and $100,000,000.

7.   NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE

This task order will be a DO rated order.

8.   NUMBER OF COPIES/CONTENT/RECEIPT OF OFFERS

OFFER SUBMITTAL REQUIREMENTS: All offers shall be submitted via the Solicitation Module in Procurement Integrated Enterprise Environment (PIEE).  In order to submit an offer for this solicitation you are advised to request the Proposal Manager role in PIEE (https://piee.eb.mil/) and obtain access prior to the RFO due date.  Attached is a Proposal Manager Web Based training to give step by step instructions.  If further instructions are needed please refer to https://pieetraining.eb.mil/wbt/xhtml/wbt/sol/index.xhtml.

The offer must contain the following:

- Completed Price Offer Schedule

- Bid Guarantee (Hard Copy Bid Guarantees are not required)
- Acknowledgements of all Amendments Issued.
- Project Labor Agreement

The offer must be received by the due date and time specified on the letter and any future amendments, and is subject to Federal Acquisition Regulation (FAR) 52.215-1, Instructions to Offerors--Competitive Acquisition (Jan 2017).

It is an Offeror's responsibility, when transmitting its offer electronically, to ensure the offer's timely delivery by transmitting the offer sufficiently in advance of the time set for receipt of offers to allow for timely receipt by the Government no later than the date and time stated in this RFO. Offerors shall allow adequate time to upload files, which may be slower for non-DoD users, and to avoid other technical difficulties that may be encountered. Offers that are received after the stated date and time in RFO will not be considered.

Offerors are responsible for submitting their offer in the format specified, consistent with requirements stated elsewhere in this solicitation. Offerors are asked to submit only the information/exhibits required. Page limits, if stipulated, must be adhered to. Files that cannot be opened, or are otherwise missing the required content are the responsibility of the Offeror.

9. CONTRACTOR'S OFFER

All work is subject to the Construction Wage Rate Requirements Statute (formerly known as the Davis-Bacon Act). Wages should be in accordance with the Wage Decision effective with the current option period.

10. FAR 52.211-10, COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK

The Contractor shall be required to commence work under this task order within 15 calendar days after the date the Contractor receives the Notice to Proceed, prosecute the work diligently, and complete the entire work ready for use not later than 824 calendar days for CLINs 0001 and 0002 (Base CLIN), and an additional 360 calendar days for CLIN 0003 (CLIN Option 1). The time stated for completion shall include final cleanup of the premises.

Definition

    a.  Notice to Proceed: A "Notice to Proceed" is deemed to be given by the Government to the Contractor 30 calendar days after the contract award date. No formal written notice will be issued by the Government.

    b.  Within 14 calendar days following the contract award date, the Contractor is obligated to submit performance and payment bonds in a form acceptable to the Government. The Government shall notify the Contractor of the acceptability of the performance and payment bonds within five working days of receipt of these documents. If these documents are not submitted in their proper form acceptable to the Government within 14 calendar days of contract award, any delays resulting thereby will be at the sole expense of the Contractor. The contract completion date will not be extended due to the Government's review of the acceptability of the Contractor's bonds, except where the Government's review of said documents extends beyond five working days.

11. FAR 52.211-12, LIQUIDATED DAMAGES (SEP 2000).

1.      If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government for each calendar day of delay until the work is completed or accepted as follows:

BASE CLIN (CLIN Nos. 0001 and 0002) Awarded: $6,395.00 /calendar day
BASE CLIN (CLIN Nos. 0001 and 0002) and CLIN OPTION 1 (CLIN 0003) Awarded: $6,120/calendar day

a.      If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed.  These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

## 12.  BASIS OF AWARD

The Government intends to award a firm-fixed-price task order without conducting discussions to the responsive and responsible offeror whose offer conforming to the RFO is determined to be the lowest evaluated price, and whose past performance ratings on task orders awarded under this MACC do not preclude award.

Basis of Evaluation: The Government will evaluate price based on the total price.  Total price consists of the basic requirement.  As authorized under FAR 15.404-1, analysis will be performed by one or more of the following techniques to ensure a fair and reasonable price:

a.   Comparison of proposed prices received in response to the RFO.
b.   Comparison of proposed prices with the Independent Government Estimate (IGE).

The Government will use the Contractor Performance Assessment Reporting System (CPARS) to evaluate offerors' past performance on task orders awarded under this MACC.  If an offeror has no record in CPARS of past performance on task orders under this MACC, the Government will consider its past performance to be acceptable.  Award will not be made to an offeror whose past performance under this MACC is poor, based upon negative CPARS ratings that pose an unacceptable risk to the Government of poor or non-performance of the task order pending award.  This is a separate determination from responsibility.

## 13.  BONDS

a.   BID GUARANTEE - In accordance with the basic contract FAR 52.228-1
Bid Guarantee, a bid guarantee in the proper form and amount shall be submitted with the task order offer.  The bid guarantee amount shall be 20% of the bid price or $3,000,000 whichever is less.

b.   Within 14 calendar days after receipt of award, the awarded contractor is obligated to submit performance and payment bonds (SF25 &SF25A) in a penal sum equal to 100% of the task order price.  FAR 52.228-15 PERFORMANCE AND PAYMENT BONDS – CONSTRUCTION (OCT 2010) apply to this task order.

c.   For contracts over $500,000 regardless of where work will be performed, bonds shall be accompanied by a document authenticating the agent's authority to sign bonds for the surety company.

## 14.  INVOICING

In accordance with Department of Defense Federal Acquisition Regulation Supplement (DFARS) 252.232-7003, Electronic Submission of Payment Requests, this task order requires the use of the DoD Wide Area Workflow (WAWF) system for the submission of invoices in accordance with Department of

Defense Federal Acquisition Regulation Supplement (DFARS) 252.232-7006 Wide Area WorkFlow Payment Instructions.

252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (JAN 2023)

(a) Definitions.  As used in this clause—

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

"Payment request" and "receiving report" are defined in the clause at 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(b) Electronic invoicing.  The WAWF system provides the method to electronically process vendor payment requests and receiving reports, as authorized by Defense Federal Acquisition Regulation Supplement (DFARS) 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access.  To access WAWF, the Contractor shall—

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.sam.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d) WAWF training.  The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e) WAWF methods of document submission.  Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions.  The Contractor shall use the following information when submitting payment requests and receiving reports in WAWF for this contract or task or delivery order:

(1) Document type.  The Contractor shall submit payment requests using the following document type(s):

(i) For cost-type line items, including labor-hour or time-and-materials, submit a cost voucher.

(ii) For fixed price line items—

(A) That require shipment of a deliverable, submit the invoice and receiving report specified by the Contracting Officer.

Not Applicable

(B) For services that do not require shipment of a deliverable, submit either the Invoice 2in1, which meets the requirements for the invoice and receiving report, or the applicable invoice and receiving report, as specified by the Contracting Officer.

Navy Construction/Facilities Management Invoice

(iii) For customary progress payments based on costs incurred, submit a progress payment request.

(iv) For performance based payments, submit a performance based payment request.

(v) For commercial financing, submit a commercial financing request.

(2) Fast Pay requests are only permitted when Federal Acquisition Regulation (FAR) 52.213-1 is included in the contract.

(3) Document routing.  The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | N68732 |
| Issue By DoDAAC | N62478 |
| Admin DoDAAC** | N62478 |
| Inspect By DoDAAC | N62478 |
| Ship To Code | N62478 |
| Ship From Code | Not Applicable |
| Mark For Code | N62478 |
| Service Approver (DoDAAC) | N62478 |
| Service Acceptor (DoDAAC) | N62478 |
| Accept at Other DoDAAC | Not Applicable |
| LPO DoDAAC | N62478 |
| DCAA Auditor DoDAAC | Not Applicable |
| Other DoDAAC(s) | Not Applicable |

(4) Payment request.  The Contractor shall ensure a payment request includes documentation appropriate to the type of payment request in accordance with the payment clause, contract financing clause, or Federal Acquisition Regulation 52.216-7, Allowable Cost and Payment, as applicable.

(5) Receiving report.  The Contractor shall ensure a receiving report meets the requirements of DFARS Appendix F.

(6) WAWF email notifications.  The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

corday.l.sakamakiparagas.civ@us.navy.mil
noah.j.fujita.civ@us.navy.mil

(g) WAWF point of contact.

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

| | |
|---|---|
| Name | Corday Sakamaki-Paragas |
| E-Mail Address | corday.l.sakamakiparagas.civ@us.navy.mil |
| Phone Number | (808) 448-2926 |

(2) Contact the WAWF helpdesk at 866-618-5988, if assistance is needed

(End of clause)

15.  PRE-PERFORMANCE CONFERENCE

Within 30 days of contract award, prior to commencement of the work, the Contractor will meet in conference with representatives of the Contracting Officer, at a time to be determined by the Contracting Officer, to discuss and develop mutual understanding relative to scheduling and administering work.

16.  SUPPLIER PERFORMANCE RISK SYSTEM REQUIREMENT

In accordance with the National Institute of Standards and Technology Special Publication 800-171, you are required to have a current BASIC summary level score posted into DoD's Supplier Performance Risk System (SPRS) website, to be eligible for award.  See DFARS 252.204-7019, 252.204-7012 and 252.204-7020.

17.  BASE AND PROJECT SITE ACCESS REQUIREMENTS

The contractor is reminded that it is required to adhere to all requirements for base and project site access and should familiarize itself and its employees and subcontractors of such requirements, as they may be updated from time to time.

18. CERTIFICATE OF INSURANCE

Provide the minimum insurance coverage required by FAR 28.307-2 LIABILITY, during the entire period of performance under this contract. Provide other insurance coverage as required by State of Hawaii law. The Certificate of Insurance shall provide for 30 calendar days written notice to the Contracting Officer by the insurance company to canceling or material change in policy coverage.

19. PROJECT LABOR AGREEMENT (PLA).

Executive Order 14063 mandates that Federal Government agencies require the use of PLAs for large-scale Federal construction projects (including orders under indefinite-delivery indefinite quantity (IDIQ) contracts) within the United States where the total estimated cost to the Government is $35 million or more, unless an exception applies. Additionally, all subcontractors are required to become a party to the PLA negotiated by the prime contractor. FAR 22.502 defines a PLA as a pre-hire collective bargaining agreement with one or more labor organizations that establishes the terms and conditions of employment for a specific construction project and is an agreement described in 29 U.S.C. 158(f). Reference provision 52.222- 33, Notice of Requirement for Project Labor Agreement, and clause 52.222-34 Alternate II, Project Labor Agreement.

**Failure to provide a PLA will result in a proposal that is non-responsive and ineligible for contract award.**

52.222-33, NOTICE OF REQUIREMENT FOR PROJECT LABOR AGREEMENT (JAN 2024)

(a) Definitions. As used in this provision, the following terms are defined in clause 52.222-34, Project Labor Agreement, of this solicitation "construction," "labor organization," "large-scale construction project," and "project labor agreement."

(b) Offerors shall—

(1) Negotiate or become a party to a project labor agreement with one or more labor organizations for the term of the resulting construction contract; and

(2) Require its subcontractors to become a party to the resulting project labor agreement.

(c) The project labor agreement reached pursuant to this provision shall-

(1) Bind the Offeror and subcontractors engaged in construction on the construction project to comply with the project labor agreement;

(2) Allow the Offeror and all subcontractors to compete for contracts and subcontracts without regard to whether they are otherwise parties to collective bargaining agreements;

(3) Contain guarantees against strikes, lockouts, and similar job disruptions;

(4) Set forth effective, prompt, and mutually binding procedures for resolving labor disputes arising during the term of the project labor agreement;

(5) Provide other mechanisms for labor-management cooperation on matters of mutual interest and concern, including productivity, quality of work, safety, and health; and

(6) Fully conform to all statutes, regulations, Executive orders, and agency requirements.

(d) Any project labor agreement reached pursuant to this provision does not change the terms of the resulting contract or provide for any price adjustment by the Government.

(e) The Offeror shall submit to the Contracting Officer a copy of the project labor agreement with its offer.

(End of Provision)

52.222-34, PROJECT LABOR AGREEMENT (JAN 2024) ALTERNATE II (JAN 2024)

(a) Definitions. As used in this clause—

Construction means construction, reconstruction, rehabilitation, modernization, alteration, conversion, extension, repair, or improvement of buildings, structures, highways, or other real property.

Labor organization means a labor organization as defined in 29 U.S.C. 152(5) of which building and construction employees are members.

**Large-scale construction project means a Federal construction project within the United States for which the total estimated cost of the construction contract(s) to the Federal Government is $35 million or more.**

Project labor agreement means a pre-hire collective bargaining agreement with one or more labor organizations that establishes the terms and conditions of employment for a specific construction project and is an agreement described in 29 U.S.C. 158(f).

**(b) When notified by the agency (e.g., by the notice of intent to place an order under 16.505(b)(1)) that this order will use a project labor agreement, the Contractor shall negotiate or become a party to a project labor agreement with one or more labor organizations for the term of the order. The Contracting Officer shall require that an executed copy of the project labor agreement be submitted to the agency—**

(1) With the order offer;

(2) Prior to award of the order; or

(3) After award of the order.

(c) The project labor agreement reached pursuant to this clause shall—

(1) Bind the Contractor and subcontractors engaged in construction on the construction project to comply with the project labor agreement;

(2) Allow all contractors and subcontractors to compete for contracts and subcontracts without regard to whether they are otherwise parties to collective bargaining agreements;

(3) Contain guarantees against strikes, lockouts, and similar job disruptions;

(4) Set forth effective, prompt, and mutually binding procedures for resolving labor disputes arising during the term of the project labor agreement;

(5) Provide other mechanisms for labor-management cooperation on matters of mutual interest and concern, including productivity, quality of work, safety, and health; and

(6) Fully conform to all statutes, regulations, Executive orders, and agency requirements.

(d) Any project labor agreement reached pursuant to this clause does not change the terms of this contract or provide for any price adjustment by the Government.

(e) The Contractor shall maintain in a current status throughout the life of the order any project labor agreement entered into pursuant to this clause.

(f) Subcontracts. For each order that uses a project labor agreement, the Contractor shall—

(1) Require subcontractors engaged in construction on the construction project to agree to any project labor agreement negotiated by the prime contractor pursuant to this clause; and

(2) Include the substance of paragraphs (d) through (f) of this clause in subcontracts with subcontractors engaged in construction on the construction project.

(End of Clause)

20.  ADDITIONAL PROVISIONS AND/OR CLAUSES

The following provisions and/or clauses are incorporated by full text.

52.217-7 OPTION FOR INCREASED QUANTITY-SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor within *699 days*. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

52.222-9 APPRENTICES AND TRAINEES (DEVIATION 2025-O0003) (MAR 2025)

(a) Apprentices.

(1) An apprentice will be permitted to work at less than the predetermined rate for the work performed when employed--

(i) Pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer, and Labor Services (OATELS) or with a State Apprenticeship Agency recognized by the OATELS; or

(ii) In the first 90 days of probationary employment as an apprentice in such an apprenticeship program, even though not individually registered in the program, if certified by the OATELS or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice.

(2) The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under the registered program.

(3) Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated in paragraph (a)(1) of this clause, shall be paid not less than the applicable wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed.

(4) Where a Contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination.

(5) Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination.

(6) In the event OATELS, or a State Apprenticeship Agency recognized by OATELS, withdraws approval of an apprenticeship program, the Contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(b) Trainees.

(1) Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer, and Labor Services (OATELS). The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by OATELS.

(2) Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed in the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate in the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the OATELS shall be paid not less than the applicable wage rate in the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate in the wage determination for the work actually performed.

(3) In the event OATELS withdraws approval of a training program, the Contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(c) [Reserved]

(End of clause)

52.223-23 SUSTAINABLE PRODUCTS AND SERVICES (DEVIATION 2025-O0004) (MAR 2025)

(a) Definitions. As used in this clause—

Biobased product means a product determined by the U.S. Department of Agriculture (USDA) to be a commercial product or industrial product (other than food or feed) that is composed, in whole or in significant part, of biological products, including renewable domestic agricultural materials and forestry materials, or that is an intermediate ingredient or feedstock. The term includes, with respect to forestry materials, forest products that meet biobased content requirements, notwithstanding the market share the product holds, the age of the product, or whether the market for the product is new or emerging. (7 U.S.C. 8101) (7 CFR 3201.2).

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process. (42 U.S.C. 6903).

Sustainable products and services means:

(1) Products containing recovered material designated by the U.S. Environmental Protection Agency (EPA) under the Comprehensive Procurement Guidelines (42 U.S.C. 6962) (40 CFR part 247) (https://www.epa.gov/smm/comprehensive-procurement-guideline-cpg-program#products).

(2) Energy- and water-efficient products that are ENERGY STAR® certified or Federal Energy Management Program (FEMP)-designated products (42 U.S.C. 8259b) (10 CFR part 436, subpart C) (https://www.energy.gov/eere/femp/search-energy-efficient-products and https://www.energystar.gov/products?s=mega).

(3) Biobased products meeting the content requirement of the USDA under the BioPreferred® program (7 U.S.C. 8102) (7 CFR part 3201) (https://www.biopreferred.gov).

(4) Acceptable chemicals, products, and manufacturing processes listed under EPA's Significant New Alternatives Policy (SNAP) program, which ensures a safe and smooth transition away from substances that contribute to the depletion of stratospheric ozone (42 U.S.C. 7671l) (40 CFR part 82, subpart G) (https://www.epa.gov/snap).

(b) Requirements.

(1) The sustainable products and services, including the purchasing program and type of product or service, that are applicable to this contract, and any products or services that are not subject to this clause, will be set forth in the statement of work or elsewhere in the contract.

(2) The Contractor shall ensure that the sustainable products and services required by this contract are—
(i) Delivered to the Government;
(ii) Furnished for use by the Government;
(iii) Incorporated into the construction of a public building or public work; and
(iv) Furnished for use in performing services under this contract, where the cost of the products is a direct cost to this contract (versus costs which are normally applied to the Contractor's general and administrative expenses or indirect costs). This includes services performed by contractors performing management and operation of Government-owned facilities to the same extent that, at the time of award, an agency would be required to comply if an agency operated or supported the facility.

(3) [Reserved]

(c) Resource. The Green Procurement Compilation (GPC) available at https://sftool.gov/greenprocurement provides a comprehensive list of sustainable products and services and sustainable acquisition guidance. The Contractor should review the GPC when determining which statutory purchasing programs apply to a specific product or service.

(End of clause)

52.240-1 PROHIBITION ON UNMANNED AIRCRAFT SYSTEMS MANUFACTURED OR ASSEMBLED BY AMERICAN SECURITY DRONE ACT-COVERED FOREIGN ENTITIES (NOV 2024)

(a) *Definitions.* As used in this clause—

*American Security Drone Act-covered foreign entity* means an entity included on a list developed and maintained by the Federal Acquisition Security Council (FASC) and published in the System for Award Management (SAM) at https://www.sam.gov (section 1822 of the National Defense Authorization Act for Fiscal Year 2024, Pub. L. 118-31, 41 U.S.C. 3901 note prec.).

*FASC-prohibited unmanned aircraft system* means an unmanned aircraft system manufactured or assembled by an American Security Drone Act-covered foreign entity.

*Unmanned aircraft* means an aircraft that is operated without the possibility of direct human intervention from within or on the aircraft ( 49 U.S.C. 44801(11)).

*Unmanned aircraft system* means an unmanned aircraft and associated elements (including communication links and the components that control the unmanned aircraft) that are required for the operator to operate safely and efficiently in the national airspace system ( 49 U.S.C. 44801(12)).

(b) *Prohibition.* The Contractor is prohibited from—

(1) Delivering any FASC-prohibited unmanned aircraft system, which includes unmanned aircraft (i.e., drones) and associated elements (sections 1823 and 1826 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.);

(2) On or after December 22, 2025, operating a FASC-prohibited unmanned aircraft system in the performance of the contract (section 1824 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.); and

(3) On or after December 22, 2025, using Federal funds for the procurement or operation of a FASC-prohibited unmanned aircraft system (section 1825 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.).

(c) *Procedures.* The Contractor shall search SAM at https://www.sam.gov for the FASC-maintained list of American Security Drone Act-covered foreign entities prior to proposing, or using in performance of the contract, any unmanned aircraft system. Additionally, the Contractor shall ensure any effort or expenditure associated with a FASC-prohibited unmanned aircraft system is consistent with a corresponding exemption, exception, or waiver determination expressly stated in the contract.

(d) *Exemptions, exceptions, and waivers.* The prohibitions in this clause do not apply where the agency has determined an exemption, exception, or waiver applies and the contract indicates that such a determination has been made. [See sections 1823 through 1825 and 1832 of Public Law 118-31 ( 41 U.S.C. 3901 note prec.) for statutory requirements pertaining to exemptions, exceptions, and waivers.].

(e) *Subcontracts.* The Contractor shall insert the substance of this clause, including this paragraph (e), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products or commercial services.

(End of clause)

52.244-6 SUBCONTRACTS FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (DEVIATION 2025-O0003) (MAR 2025)

(a) Definitions. As used in this clause--

Commercial product, commercial service, and commercially available off-the-shelf item have the meanings contained in Federal Acquisition Regulation (FAR) 2.101.

Subcontract includes a transfer of commercial products or commercial services between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial products, commercial services, or non-developmental items as components of items to be supplied under this contract.

(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial products or commercial services:

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509), if the subcontract exceeds the threshold specified in FAR 3.1004(a) on the date of subcontract award, and has a performance period of more than 120 days. In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(ii) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5), if the subcontract is funded under the Recovery Act.

(iii) 52.203-17, Contractor Employee Whistleblower Rights (NOV 2023) (41 U.S.C. 4712); this clause does not apply to contracts of DoD, NASA, the Coast Guard, or applicable elements of the intelligence community--see FAR 3.900(a).

(iv) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017).

(v) 52.204-21, Basic Safeguarding of Covered Contractor Information Systems (NOV 2021), other than subcontracts for commercially available off-the-shelf items, if flow down is required in accordance with paragraph (c) of FAR clause 52.204-21.

(vi) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (DEC 2023) (Section 1634 of Pub. L. 115-91).

(vii) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(viii) 52.204-27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117-328).

(ix)(A) 52.204-30, Federal Acquisition Supply Chain Security Act Orders--Prohibition. (DEC 2023) (Pub. L. 115- 390, title II).

(B) Alternate I (DEC 2023) of 52.204-30.

(x) 52.219-8, Utilization of Small Business Concerns (JAN 2025) (15 U.S.C. 637(d)(2) and (3)), if the subcontract offers further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(xi) [Reserved]

(xii) [Reserved]

(xiii) 52.222-35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212(a)).

(xiv) 52.222-36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

(xv) 52.222-37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

(xvi) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496), if flow down is required in accordance with paragraph (f) of FAR clause 52.222-40.

(xvii)(A) 52.222-50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

(B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xviii) 52.222-55, Minimum Wages for Contractor Workers under Executive Order 14026 (JAN 2022), if flowdown is required in accordance with paragraph (k) of FAR clause 52.222-55.

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706), if flow down is required in accordance with paragraph (m) of FAR clause 52.222-62.

(xx)(A) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a) if flow down is required in accordance with 52.224-3(f).

(B) Alternate I (JAN 2017) of 52.224-3, if flow down is required in accordance with 52.224-3(f) and the agency specifies that only its agency-provided training is acceptable).

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

(xxii) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023), if flow down is required in accordance with paragraph (c) of FAR clause 52.232-40.

(xxiii) 52.240-1, Prohibition on Unmanned Aircraft Systems Manufactured or Assembled by American Security Drone Act--Covered Foreign Entities (Nov 2024) (Sections 1821-1826, Pub. L. 118-31, 41 U.S.C. 3901 note prec.).

(xxiv) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631), if flow down is required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may flow down to subcontracts for commercial products or commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

(End of clause)

252.204-7012 SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING (MAY 2024) (DEVIATION 2024-O0013, REVISION 1)

(a) Definitions. As used in this clause—

Adequate security means protective measures that are commensurate with the consequences and probability of loss, misuse, or unauthorized access to, or modification of information.

Compromise means disclosure of information to unauthorized persons, or a violation of the security policy of a system, in which unauthorized intentional or unintentional disclosure, modification, destruction, or loss of an object, or the copying of information to unauthorized media may have occurred.

Contractor attributional/proprietary information means information that identifies the contractor(s), whether directly or indirectly, by the grouping of information that can be traced back to the contractor(s) (e.g., program description, facility locations), personally identifiable information, as well as trade secrets, commercial or financial information, or other commercially sensitive information that is not customarily shared outside of the company.

Controlled technical information means technical information with military or space application that is subject to controls on the access, use, reproduction, modification, performance, display, release, disclosure, or dissemination.

Controlled technical information would meet the criteria, if disseminated, for distribution statements B through F using the criteria set forth in DoD Instruction 5230.24, Distribution Statements on Technical Documents. The term does not include information that is lawfully publicly available without restrictions. Covered contractor information system means an unclassified information system that is owned, or operated by or for, a contractor and that processes, stores, or transmits covered defense information.

Covered defense information means unclassified controlled technical information or other information, as described in the Controlled Unclassified Information (CUI) Registry at http://www.archives.gov/cui/registry/categorylist. html, that requires safeguarding or dissemination controls pursuant to and consistent with law, regulations, and Governmentwide policies, and is—

(1) Marked or otherwise identified in the contract, task order, or delivery order and provided to the contractor by or on behalf of DoD in support of the performance of the contract; or

(2) Collected, developed, received, transmitted, used, or stored by or on behalf of the contractor in support of the performance of the contract.

Cyber incident means actions taken through the use of computer networks that result in a compromise or an actual or potentially adverse effect on an information system and/or the information residing therein.

Forensic analysis means the practice of gathering, retaining, and analyzing computer-related data for investigative purposes in a manner that maintains the integrity of the data.

Information system means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

Malicious software means computer software or firmware intended to perform an unauthorized process that will have adverse impact on the confidentiality, integrity, or availability of an information system. This definition includes a virus, worm, Trojan horse, or other code-based entity that infects a host, as well as spyware and some forms of adware.

Media means physical devices or writing surfaces including, but is not limited to, magnetic tapes, optical disks, magnetic disks, large-scale integration memory chips, and printouts onto which covered defense information is recorded, stored, or printed within a covered contractor information system.

Operationally critical support means supplies or services designated by the Government as critical for airlift, sealift, intermodal transportation services, or logistical support that is essential to the mobilization, deployment, or sustainment of the Armed Forces in a contingency operation.

Rapidly report means within 72 hours of discovery of any cyber incident.

Technical information means technical data or computer software, as those terms are defined in the clause at DFARS 252.227-7013, Rights in Technical Data—Other Than Commercial Products and Commercial

Services, regardless of whether or not the clause is incorporated in this solicitation or contract. Examples of technical information include research and engineering data, engineering drawings, and associated lists, specifications, standards, process sheets, manuals, technical reports, technical orders, catalog-item identifications, data sets, studies and analyses and related information, and computer software executable code and source code.

(b) Adequate security. The Contractor shall provide adequate security on all covered contractor information systems. To provide adequate security, the Contractor shall implement, at a minimum, the following information security protections:

(1) For covered contractor information systems that are part of an Information Technology (IT) service or system operated on behalf of the Government, the following security requirements apply:

(i) Cloud computing services shall be subject to the security requirements specified in the clause 252.239-7010, Cloud Computing Services, of this contract.

(ii) Any other such IT service or system (i.e., other than cloud computing) shall be subject to the security requirements specified elsewhere in this contract.

(2) For covered contractor information systems that are not part of an IT service or system operated on behalf of the Government and therefore are not subject to the security requirement specified at paragraph (b)(1) of this clause, the following security requirements apply:

(i) Except as provided in paragraph (b)(2)(ii) of this clause, the covered contractor information system shall be subject to the security requirements in National Institute of Standards and Technology (NIST) Special Publication (SP) 800-171, "Protecting Controlled Unclassified Information in Nonfederal Information Systems and Organizations", Revision 2 (available via the internet at https://csrc.nist.gov/publications/sp800).

(ii)(A) The Contractor shall implement NIST SP 800-171, as soon as practical, but not later than December 31, 2017. For all contracts awarded prior to October 1, 2017, the Contractor shall notify the DoD Chief Information Officer (CIO), via email at osd.dibcsia@mail.mil, within 30 days of contract award, of any security requirements specified by NIST SP 800-171 not implemented at the time of contract award.

(B) The Contractor shall submit requests to vary from NIST SP 800-171 in writing to the Contracting Officer, for consideration by the DoD CIO. The Contractor need not implement any security requirement adjudicated by an authorized representative of the DoD CIO to be nonapplicable or to have an alternative, but equally effective, security measure that may be implemented in its place.

(C) If the DoD CIO has previously adjudicated the contractor's requests indicating that a requirement is not applicable or that an alternative security measure is equally effective, a copy of that approval shall be provided to the Contracting Officer when requesting its recognition under this contract.
(D) If the Contractor intends to use an external cloud service provider to store, process, or transmit any covered defense information in performance of this contract, the Contractor shall require and ensure that the cloud service provider meets security requirements equivalent to those established by the Government for the Federal Risk and Authorization Management Program (FedRAMP) Moderate baseline (https://www.fedramp.gov/documentstemplates/) and that the cloud service provider complies with requirements in paragraphs (c) through (g) of this clause for cyber incident reporting, malicious software, media preservation and protection, access to additional information and equipment necessary for forensic analysis, and cyber incident damage assessment.

(3) Apply other information systems security measures when the Contractor reasonably determines that information systems security measures, in addition to those identified in paragraphs (b)(1) and (2) of this clause, may be required to provide adequate security in a dynamic environment or to accommodate special circumstances (e.g., medical devices) and any individual, isolated, or temporary deficiencies based on an assessed risk or vulnerability. These measures may be addressed in a system security plan.

(c) Cyber incident reporting requirement.

(1) When the Contractor discovers a cyber incident that affects a covered contractor information system or the covered defense information residing therein, or that affects the contractor's ability to perform the requirements of the contract that are designated as operationally critical support and identified in the contract, the Contractor shall—

(i) Conduct a review for evidence of compromise of covered defense information, including, but not limited to, identifying compromised computers, servers, specific data, and user accounts. This review shall also include analyzing covered contractor information system(s) that were part of the cyber incident, as well as other information systems on the Contractor's network(s), that may have been accessed as a result of the incident in order to identify compromised covered defense information, or that affect the Contractor's ability to provide operationally critical support; and

(ii) Rapidly report cyber incidents to DoD at https://dibnet.dod.mil.

(2) Cyber incident report. The cyber incident report shall be treated as information created by or for DoD and shall include, at a minimum, the required elements at https://dibnet.dod.mil.

(3) Medium assurance certificate requirement. In order to report cyber incidents in accordance with this clause, the Contractor or subcontractor shall have or acquire a DoD-approved medium assurance certificate to report cyber incidents. For information on obtaining a DoD-approved medium assurance certificate, see https://public.cyber.mil/eca/.

(d) Malicious software. When the Contractor or subcontractors discover and isolate malicious software in connection with a reported cyber incident, submit the malicious software to DoD Cyber Crime Center (DC3) in accordance with instructions provided by DC3 or the Contracting Officer. Do not send the malicious software to the Contracting Officer.

(e) Media preservation and protection. When a Contractor discovers a cyber incident has occurred, the Contractor shall preserve and protect images of all known affected information systems identified in paragraph (c)(1)(i) of this clause and all relevant monitoring/packet capture data for at least 90 days from the submission of the cyber incident report to allow DoD to request the media or decline interest.

(f) Access to additional information or equipment necessary for forensic analysis. Upon request by DoD, the Contractor shall provide DoD with access to additional information equipment that is necessary to conduct a forensic analysis.

(g) Cyber incident damage assessment activities. If DoD elects to conduct a damage assessment, the Contracting Officer will request that the Contractor provide all of the damage assessment information gathered in accordance with paragraph (e) of this clause.

(h) DoD safeguarding and use of contractor attributional/proprietary information. The Government shall protect against the unauthorized use or release of information obtained from the contractor (or derived from information obtained from the contractor) under this clause that includes contractor attributional/proprietary information, including such information submitted in accordance with paragraph

(c). To the maximum extent practicable, the Contractor shall identify and mark attributional/proprietary information. In making an authorized release of such information, the Government will implement appropriate procedures to minimize the contractor attributional/proprietary information that is included in such authorized release, seeking to include only that information that is necessary for the authorized purpose(s) for which the information is being released.

(i) Use and release of contractor attributional/proprietary information not created by or for DoD. Information that is obtained from the contractor (or derived from information obtained from the contractor) under this clause that is not created by or for DoD is authorized to be released outside of DoD—

(1) To entities with missions that may be affected by such information;

(2) To entities that may be called upon to assist in the diagnosis, detection, or mitigation of cyber incidents;

(3) To Government entities that conduct counterintelligence or law enforcement investigations;

(4) For national security purposes, including cyber situational awareness and defense purposes (including with Defense Industrial Base (DIB) participants in the program at 32 CFR part 236); or

(5) To a support services contractor ("recipient") that is directly supporting Government activities under a contract that includes the clause at 252.204-7009, Limitations on the Use or Disclosure of Third-Party Contractor Reported Cyber Incident Information.

(j) Use and release of contractor attributional/proprietary information created by or for DoD. Information that is obtained from the contractor (or derived from information obtained from the contractor) under this clause that is created by or for DoD (including the information submitted pursuant to paragraph (c) of this clause) is authorized to be used and released outside of DoD for purposes and activities authorized by paragraph (i) of this clause, and for any other lawful Government purpose or activity, subject to all applicable statutory, regulatory, and policy based restrictions on the Government's use and release of such information.

(k) The Contractor shall conduct activities under this clause in accordance with applicable laws and regulations on the interception, monitoring, access, use, and disclosure of electronic communications and data.

(l) Other safeguarding or reporting requirements. The safeguarding and cyber incident reporting required by this clause in no way abrogates the Contractor's responsibility for other safeguarding or cyber incident reporting pertaining to its unclassified information systems as required by other applicable clauses of this contract, or as a result of other applicable U.S. Government statutory or regulatory requirements.

(m) Subcontracts. The Contractor shall—

(1) Include this clause, including this paragraph (m), in subcontracts, or similar contractual instruments, for operationally critical support, or for which subcontract performance will involve covered defense information, including subcontracts for commercial products or commercial services, without alteration, except to identify the parties. The Contractor shall determine if the information required for subcontractor performance retains its identity as covered defense information and will require protection under this clause, and, if necessary, consult with the Contracting Officer; and

(2) Require subcontractors to—

(i) Notify the prime Contractor (or next higher-tier subcontractor) when submitting a request to vary from a NIST SP 800-171 security requirement to the Contracting Officer, in accordance with paragraph (b)(2)(ii)(B) of this clause; and

(ii) Provide the incident report number, automatically assigned by DoD, to the prime Contractor (or next higher-tier subcontractor) as soon as practicable, when reporting a cyber incident to DoD as required in paragraph (c) of this clause.

(End of clause)

252.225-7972 PROHIBITION ON THE PROCUREMENT OF FOREIGN-MADE UNMANNED AIRCRAFT SYSTEMS (AUG 2024) (DEVIATION 2024-O0014)

(a) Definition. As used in this clause—

Covered foreign country means any of the following:
(1) The People's Republic of China.
(2) The Russian Federation.
(3) The Islamic Republic of Iran.
(4) The Democratic People's Republic of Korea.

(b) Prohibition. In accordance with section 848 of the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2020 and section 817 of the NDAA for FY 2023, the Contractor shall not -

(1) Provide or use an unmanned aircraft system (UAS), or any related services or equipment, that—

(i) Is manufactured in a covered foreign country, or by an entity domiciled in a covered foreign country;

(ii) Uses flight controllers, radios, data transmission devices, cameras, or gimbals manufactured in a covered foreign country, or by an entity domiciled in a covered foreign country;

(iii) Uses a ground control system or operating software developed in a covered foreign country, or by an entity domiciled in a covered foreign country; or

(iv) Uses network connectivity or data storage located in, or administered by an entity domiciled in, a covered foreign country;

(2) Provide or use a system for the detection or identification of a UAS, or any related services or equipment, that is manufactured in a covered foreign country or by an entity domiciled in a covered foreign country; or

(3) On or after October 1, 2024, be an entity that operates equipment, as determined by the Secretary of Defense, from –

(i) Da-Jiang Innovations, or any subsidiary or affiliate of Da-Jiang Innovations;

(ii) Any entity that produces or provides unmanned aircraft systems and is included on the Consolidated Screening
List maintained by the International Trade Administration of the Department of Commerce (https://www.trade.gov/consolidated-screening-list); or

(iii) Any entity that produces or provides unmanned aircraft systems and—

(A) Is domiciled in a covered foreign country; or

(B) Is subject to unmitigated foreign ownership, control, or influence by a covered foreign country, as determined by the Secretary of Defense in accordance with the National Industrial Security Program.

(c) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts or other contractual instruments, including subcontracts for the acquisition of commercial products and commercial services.

(End of clause)

252.225-7973 PROHIBITION ON THE PROCUREMENT OF FOREIGN-MADE UNMANNED AIRCRAFT SYSTEMS—REPRESENTATION (AUG 2024) (DEVIATION 2024-O0014)

(a) Definition. As used in this provision, "covered foreign country" has the meaning given in the 252.225-7972, Prohibition on the Procurement of Foreign-Made Unmanned Aircraft Systems (DEVIATION 2024-O0014), clause of this solicitation.

(b) Prohibition. Section 848 of the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2020 (Pub. L. 116-92) and section 817 of the NDAA for FY 2023 (Pub. L. 117-263) prohibit DoD from—

(1) Using or procuring an unmanned aircraft system (UAS), or any related services or equipment, that -

(i) Is manufactured in a covered foreign country, or by an entity domiciled in a covered foreign country;

(ii) Uses flight controllers, radios, data transmission devices, cameras, or gimbals manufactured in a covered foreign country, or by an entity domiciled in a covered foreign country;

(iii) Uses a ground control system or operating software developed in a covered foreign country, or by an entity domiciled in a covered foreign country; or

(iv) Uses network connectivity or data storage located in, or administered by an entity domiciled in, a covered foreign country;

(2) Using or procuring a system for the detection or identification of a UAS, or any related services or equipment, that is manufactured in a covered foreign country or by an entity domiciled in a covered foreign country; or

(3) On or after October 1, 2024, entering into or renewing a contract with an entity that operates, as determined by the Secretary of Defense, equipment from -

(i) Da-Jiang Innovations (or any subsidiary or affiliate of Da-Jiang Innovations);

(ii) Any entity that produces or provides unmanned aircraft systems and is included on the Consolidated Screening List maintained by the International Trade Administration of the Department of Commerce (https://www.trade.gov/consolidatedscreening-list); or

(iii) Any entity that produces or provides unmanned aircraft systems and -

(A) Is domiciled in a covered foreign country; or

(B) Is subject to unmitigated foreign ownership, control, or influence by a covered foreign country, as determined by the Secretary of Defense in accordance with the National Industrial Security Program.

(c) Representations.

(1) By submission of its offer, the Offeror represents that -

(i) It will not provide or use a UAS, as described in paragraph (b)(1) of this provision, in the performance of any contract, subcontract, or other contractual instrument resulting from this solicitation; and

(ii) It will not provide or use a system for the detection or identification of a UAS, as described in paragraph (b)(2) of this provision, in the performance of any contract, subcontract, or other contractual instrument resulting from this solicitation.

(2) It is not an entity described in paragraph (b)(3) of this provision.

(End of provision)